JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA GIBRAN MAYWEATHER, | ) | Case No. **CV 12-154-JFW** |
| | ) | [CR 08-259-JFW] |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's January 18, 2012 Order denying Petitioner Joshua Gibran Mayweather's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: January 18, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE